Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :
-----------------------------------------------------x
*This Document Relates to:*                         :    1:06-md-1789 (JFK)
Margaret Heath                                      :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:08-cv-03197-JFK                          :    **Rule 7.1 Statement**
-----------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
   May 1, 2008

                  Respectfully submitted,

                  HUGHES HUBBARD & REED LLP

                  By: /s/
                    Norman C. Kleinberg
                    Theodore V. H. Mayer
                    William J. Beausoleil

                  One Battery Park Plaza
                  New York, New York 10004-1482
                  (212) 837-6000
                  beausole@hugheshubbard.com
                  kleinber@hugheshubbard.com
                  mayer@hugheshubbard.com
                  *Attorneys for Defendant Merck & Co., Inc.*